AO 86A  (Rev. 01/09) Consent to Proceed Before a Magistrate Judge in a Misdemeanor Case

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| United States of America<br>v. | ) **15 CRIM 771** |
| | ) |
| | ) Case No.   15 Cr. ____ |
| ___Rohit Bansal___ | ) |
| *Defendant* | ) |

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE IN A MISDEMEANOR CASE

A United States magistrate judge has explained to me the nature of the charges against me and the maximum penalty that may be imposed on each charge if I am found guilty.  The magistrate judge has also informed me of my right to a lawyer, my right to a jury trial, and my right to be tried, judged, and sentenced before either a United States district judge or a United States magistrate judge.

I consent to being tried before a United States magistrate judge, and I waive my rights to trial, judgment, and sentencing by a United States district judge.

_____
*Defendant's signature*

**Waiver of a Right to Trial by Jury**

I waive my right to a jury trial.

_____
*Defendant's signature*

The United States consents to the jury-trial waiver: _____
*Government representative's signature*

___AUSA  Sarah E. Paul___
*Government representative's printed name and title*

USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: NOV 05 2015

**Waiver of a Right to Have 30 Days to Prepare for Trial**

I waive my right to have 30 days to prepare for trial.

_____
*Defendant's signature*

___E. Scott Morvillo___
*Printed name of defendant's attorney (if any)*

Date:  ___11/5/2015___

_____
*Signature of defendant's attorney (if any)*

Approved by: _____
*Magistrate Judge's signature*